■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMISON SAXTON, Also Known as KERRY L. SAXTON, Appellant.— Appeal by defendant from a judgment of resentence of the County Court, Nassau County, rendered October 15, 1970, convicting him of attempted grand larceny in the second degree, upon a plea of guilty, and sentencing him *nunc pro tunc*, as of June 28, 1961, to a prison term of not less than one year or more than two years. Judgment affirmed (*People* v. *Foster*, 19 N Y 2d 150). Rabin, P. J., Hopkins, Munder, Latham, and Gulotta, JJ., concur.